Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
Jodi-Ann McLane (*pro hac vice* forthcoming)
jmclane@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Lashify, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LASHIFY, INC.,<br><br>*Plaintiff*<br><br>v.<br><br>SHANDONGCHUANGMEIWEISHENGYONGPINYOUXIANGONGSI a/k/a QINGDAO LODY HAIR PRODUCTS CO., LTD d/b/a B&QAUGEN,<br><br>*Defendant* | **24-cv-8925 (JLR)**<br><br>[PROPOSED] UNSEALING ORDER |

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 16th day of December, 2024, at 12:00 p.m.
New York, New York

                                                                          *Jennifer Rochon*
                                                                         HON. JENNIFER L. ROCHON
                                                                         UNITED STATES DISTRICT JUDGE