UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LASHIFY, INC., <br><br> Plaintiff, <br><br> -against- <br><br> SHANDONGCHUANGMEIWEISHENGYONGPINYOU XIANGONGSI a/k/a QINGDAO LODY HAIR PRODUCTS CO., LTD d/b/a B&QAUGEN, <br><br> Defendant. | Case No. 1:24-cv-08925 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

As discussed at the parties' December 16, 2024, hearing, the parties shall appear for a hearing on the Temporary Restraining Order issued against Defendant on December 23, 2024 at 11:00 a.m.  The hearing shall be held remotely.  Log-in credentials shall be circulated to the parties listed on the docket.  The public listen-only line may be accessed by dialing 646-453-4442, Phone Conference ID 179 582 849.

The Temporary Restraining Order shall be extended until December 23, 2024.

Dated: December 17, 2024
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge

1