

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

February 11, 2025

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> In light of the parties' ongoing settlement discussions, the request to adjourn the show cause hearing scheduled for February 14, 2025 at 10:30 a.m. is GRANTED. The Temporary Restraining Order in this matter shall be extended for two weeks until February 28, 2025.
>
> **SO ORDERED.**
>
> Dated: February 12, 2025
> New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

    Re:    ***Lashify, Inc. v. Shandongchuangmeiweishengyongpinyouxiangongsi a/k/a Qingdao Lody Hair Products Co., Ltd d/b/a B&Qaugen, et al.***
            **Case No. 24-cv-8925 (JLR)**
            **Request to Adjourn Show Cause Hearing**

Dear Judge Rochon,

      We represent Plaintiff Lashify, Inc. ("Plaintiff"), in the above-referenced matter (the "Action")[1], together with counsel for Defendant, we are writing to inform the Court that the parties have reached a settlement in principle and are in the process of finalizing the settlement. Accordingly, and so as to avoid wasting the Court's time and judicial resources, the parties respectfully request that the Court adjourn the Show Cause Hearing currently scheduled for Friday February 14, 2025 at 10:30 a.m. The parties believe that the settlement will be finalized within two (2) weeks and Plaintiff will promptly file a Notice of Voluntary Dismissal thereafter. In addition, Plaintiff respectfully requests that the Court issue an Order extending the TRO for two (2) weeks so that the relief currently in place remains in place until the settlement is finalized. To the extent anything changes, the parties will promptly notify the Court of the same.

      We thank the Court for its time and attention to this matter.

                                  Respectfully submitted,

                                  **EPSTEIN DRANGEL LLP**

                                  BY: /s/ Danielle S. Futterman
                                  Danielle S. Futterman
                                  dfutterman@ipcounselors.com
                                  60 East 42nd Street, Suite 1250

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's First Amended Complaint. (Dkt. 18).

                                                New York, NY 10165
                                                Telephone: (212) 292-5390
                                                Facsimile: (212) 292-5391
                                                *Attorneys for Plaintiff*

